1  Viddell Lee Heard (# 175049)
2    vheard@afrct.com
   ANGLIN, FLEWELLING, RASMUSSEN,
3    CAMPBELL & TRYTTEN LLP
4  301 N. Lake Avenue, Suite 1100
   Pasadena, California  91101-4158
5  Tel: (626) 535-1900 | Fax: (626) 577-7764

6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A., successor by
   merger with Wells Fargo Bank Southwest, N.A.,
8  formerly known as Wachovia Mortgage, FSB,
   formerly known as World Savings Bank, FSB
9  ("Wells Fargo")
10

11            UNITED STATES DISTRICT COURT
12            CENTRAL DISTRICT OF CALIFORNIA
13

14  IVERY WALTERS,                    CASE NO.:  2:18-cv-2108

15            Plaintiff,              **DEFENDANT WELLS FARGO'S**
16                                    **NOTICE OF REMOVAL**
    vs.                               **PURSUANT TO 28 U.S.C.**
17                                    **§§ 1441(b) & 1332 [DIVERSITY OF**
18  WELLS FARGO BANK, N.A., and       **CITIZENSHIP JURISDICTION]**
    DOES 1-10
19

20            Defendants.

21

22

23  TO PLAINTIFF, THE CLERK OF THE ABOVE-ENTITLED COURT, AND

24  THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:

25        PLEASE TAKE NOTICE that defendant Wells Fargo Bank, N.A., successor

26  by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia

27  Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo")

28  submits this Notice of Removal based on diversity of citizenship, pursuant to

*(left margin, vertical)* ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

28 U.S.C. §§ 1441(b) and 1332.  The action is hereby removed to this Court from the state court, as more particularly set forth below.

## I.    THE STATE COURT ACTION

On December 5, 2017, plaintiff commenced a civil action in the Superior Court of the State of California, for the County of Los Angeles County, case no. YC072509 (the "State Court Action").  A copy of the complaint filed in the State Court Action is attached hereto as <u>Exhibit A</u>. Wells Fargo has not appeared in the State Court Action.  Attached collectively hereto as <u>Exhibit B</u> are all other documents filed in the State Court Action which are in Wells Fargo's possession.

## II.    DIVERSITY OF CITIZENSHIP JURISDICTION

This Court has jurisdiction of this case under 28 U.S.C. § 1332 because the parties' citizenship is diverse and the amount in controversy exceeds $75,000.

## A.    The Citizenship Of The Parties Is Completely Diverse

Complete diversity under 28 U.S.C. § 1332 exists because no defendants are citizens of a state in which plaintiff is a citizen.  Plaintiff is a citizen of California and defendant Wells Fargo is a citizen of South Dakota and the amount in controversy exceeds $75,000.

### i.    Plaintiff is a Citizen Of California

Plaintiff is a citizen of California based on domicile, as he alleges residency in and ownership of that certain parcel of real property located in Los Angeles County and commonly known as 558 E Hyde Park, Inglewood, CA 90302 (the "Property"). (Complaint ("Compl.") ¶¶ 5, 16.) *Heinz v. Havelock*, 757 F.Supp. 1076, 1079 (C.D. Cal. 1991) (residence and property ownership are factors in domicile for diversity jurisdiction); *State Farm Mut. Auto Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994) ("Residence alone is not the equivalent of citizenship, but the place of residence is prima facie the domicile.").

Further evidence of plaintiff's domicile in California can be found in the Voluntary Petition for Bankruptcy which plaintiff filed separately in the United

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  States Bankruptcy Court for the Central District of California, Case No. 2:17-bk-

2  20256-BR.  (*See* Exhibit C hereto [pertinent portion of the bankruptcy petition].)

3  In his bankruptcy petition, plaintiff checked "Over the last 180 days . . . I have

4  lived in this district longer than in any other district." (*Id.* at p. 2, ¶ 6.)

5      A "notice of removal need only include a plausible allegation" of the

6  plaintiff's citizenship. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135

7  S.Ct. 547, 554 (2014)(applying standard to amount in controversy).  Based upon

8  the foregoing facts, plaintiff resides in California with the intention to remain

9  indefinitely.  "A person's domicile is her permanent home, where she resides with

10  the intention to remain or to which she intends to return." *Kanter v. Warner-*

11  *Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001); *see also*, *Heinz v. Havelock*, 757

12  F.Supp. 1076, 1079 (C.D. Cal. 1991) (residence and property ownership is a factor

13  in domicile for diversity jurisdiction); *State Farm Mut. Auto Ins. Co. v. Dyer*, 19

14  F.3d 514, 520 (10th Cir. 1994) ("Residence alone is not the equivalent of

15  citizenship, but the place of residence is prima facie the domicile.").

16      **ii.**    **Defendant Wells Fargo Bank, N.A. Is A Citizen Of South Dakota**

17      Effective December 31, 2007, World Savings Bank, FSB, changed its name

18  to Wachovia Mortgage, FSB.  (Exh. D [Nov. 19, 2007 OTS Letter].)  Effective

19  November 1, 2009, Wachovia Mortgage, FSB, was converted to Wells Fargo Bank

20  Southwest, N.A., and merged into Wells Fargo Bank, N.A.  (Exh. E [Nov. 1, 2009

21  OCC Certification Letter].)  The citizenship of the surviving entity from a merger,

22  here Wells Fargo Bank, N.A., is used to determine citizenship. *Meadows v.*

23  *Bicrodyne Corp.*, 785 F.2d 670, 672 (9th Cir. 1986) (using citizenship of surviving

24  entity for diversity).

25      Pursuant to 28 U.S.C. § 1348, defendant Wells Fargo Bank, N.A., as a

26  national banking association, is a citizen of the state where it is "located."  In 2006,

27  the U.S. Supreme Court, after an examination of the historical versions of § 1348

28  and existing case law, held that "a national bank, for § 1348 purposes, is a citizen

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  of the State in which its main office, as set forth in its articles of incorporation, is

2  located." *Wachovia Bank v. Schmidt*, 546 U.S. 303, 306-307 (2006).

3      Wells Fargo, with its main office located in Sioux Falls, South Dakota, is a

4  citizen of South Dakota.  Attached hereto as <u>Exhibit F</u> are true and correct copies

5  of the FDIC Profile and the Articles of Association for Wells Fargo Bank, National

6  Association, as issued by the Office of the Comptroller of the Currency,

7  Administrator of National Banks, reflecting that Wells Fargo (at Article II, § 1) has

8  its main office in Sioux Falls, South Dakota.  *Rouse v. Wachovia Mortgage*, *FSB*,

9  747 F.3d 707, 715 (9th Cir. 2014) ("under § 1348, a national banking association is

10  a citizen only of the state in which its main office is located."); *Wells Fargo Bank*,

11  *N.A. v. WMR e-PIN, LLC*, 653 F.3d 702, 710 (8th Cir. Sept. 2, 2011);  *Mireles v.*

12  *Wells Fargo Bank N.A.*, 845 F. Supp. 2d 1034, 1059-61 (C.D. Cal. 2012); *DeLeon*

13  *v. Wells Fargo Bank, N.A.*, 729 F. Supp. 2d 1119, 1124 (N.D. Cal. 2010); *Nguyen*

14  *v. Wells Fargo Bank, N.A.*, 749 F. Supp. 2d 1022, 1028 (N.D. Cal. 2010) ("Wells

15  Fargo is a citizen of South Dakota for purposes of diversity.").

16      **iii.**    **(Presumed) Defendant Clear Recon Corp.'s Citizenship.**

17      It is unclear whether Clear Recon Corp is a defendant. The caption of the

18  complaint does not reference Clear Recon, but some paragraphs inside the

19  complaint reference Clear Recon as if it were a defendant. But the complaint –

20  which, it should be mentioned, was written by a pro per plaintiff – (1) also

21  references and discusses Washington Mutual Bank, which has no involvement in

22  the Plaintiff's loan and (2) pleads only claims against Wells Fargo.

23      Clear Recon is a California citizen, however, it is a fraudulently-joined

24  nominal party to be ignored for purposes of the diversity jurisdiction analysis.

25  Clear Recon is only named in this action with respect to its ministerial role as the

26  current trustee under the subject Deed of Trust.  In other words, Clear Recon has

27  no financial interest in the Deed of Trust or the Property.

28  / / /

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**(a)**     **Clear Recon Is A Nominal Defendant.**

Clear Recon is a nominal party, replacing Golden West Savings Association Service Company, the original trustee named in the Deed of Trust, as the trustee. (See Exhibit G).  As stated above, Clear Recon has no financial interest in the Property and its only involvement in this action arises from its ministerial role as the substituted trustee under the Deed of Trust to effectuate a non-judicial foreclosure action.  *See e.g., Cabriales v. Aurora Loan Servs.*, 2010 U.S. Dist. LEXIS 24726, *6-7 (N.D. Cal. Mar. 2, 2010).  "A defendant is a nominal party where his role is limited to that of a stakeholder." *Hewitt v. Stanton*, 798 F.2d 1230, 1233 (9th Cir. 1986) (defendant was potentially liable for damages on a claim, so it was not regarded as nominal and had to join in removal).

In the instant action, plaintiff fails to allege a single fact showing that Clear Recon acted for "its own personal advantage" as either an agent or dual agent. *Nong v Wells Fargo Bank, N.A.*, 2010 U.S. DIST. LEXIS 131890, *3-5 (C.D. Cal. Nov. 22, 2010) (upheld removal on diversity grounds despite a California corporation being named as a defendant, under the fraudulent joinder doctrine).  In *Nong,* a local agent of the trustee acted on the trustee's behalf in carrying out trustee duties relating to the foreclosure process.  But that local agent was properly ignored for diversity purposes. *Id.*  The same reasoning applies equally here.

Clear Recon's only involvement with regard to the loan is within its narrow role as the foreclosure trustee, "in preparing for and conducting the [Trustee's] sale," as set forth in detail in Civil Code § 2924, *et seq.*  As the court explained in *Pro Values Properties, Inc. v. Quality Loan Service Corp.*, 170 Cal. App. 4th 579 (2009), a foreclosure trustee has an extremely narrow role:

> The trustee in a non-judicial foreclosure is not a true
> trustee with fiduciary duties, but rather a common agent
> for the trustor and beneficiary.  The scope and nature of
> the trustee's duties are exclusively defined by the deed of

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1          trust and the governing statutes.  No other common law

2          duties exist.  In short, the trustee... performs ministerial

3          acts which, when properly executed, result in the transfer

4          of title to the [trustee's sale] purchaser.

5   *Pro Value Properties, Inc.*, 170 Cal. App. 4th at 583 (citations omitted).

6          Another district court decision provides a more detailed explanation

7   concerning a "deed of trust trustee's" limited authority:

8          The trustee under a deed of trust "is not a true trustee, and owes

9          no fiduciary obligations; [it] merely acts as a common agent for

10         the trustor and beneficiary of the deed of trust. **[The trustee's]**

11         **only duties are: (1) upon default to undertake the steps**

12         **necessary to foreclose the deed of trust; or (2) upon**

13         **satisfaction of the secured debt to reconvey the deed of**

14         **trust."** (*Vournas v. Fidelity National Title Ins. Co.* (1999) 73

15         Cal.App.4th 668, 677, 86 Cal.Rptr.2d 490.) **Consistent with**

16         **this view, California courts have refused to impose duties on**

17         **the trustee other than those imposed by statute or specified**

18         **in the deed of trust.** As our Supreme Court noted in *I.E.*

19         *Associates v. Safeco Title Ins. Co.* (1985) 39 Cal.3d 281, 216

20         Cal.Rptr. 438, 702 P.2d 596, "The rights and powers of trustees

21         in nonjudicial foreclosure proceedings have long been regarded

22         as strictly limited and defined by the contract of the parties and

23         the statutes…. [P] … **[T]here is no authority for the**

24         **proposition that a trustee under a deed of trust owes any**

25         **duties with respect to exercise of the power of sale beyond**

26         **those specified in the deed and the statutes**." (*Id*. at pp. 287-

27         288, 216 Cal.Rptr. 438, 702 P.2d 596.)

28  *Swanson v. EMC Mortg. Corp.*, 2009 U.S. Dist. LEXIS 122216, *10-11 (E.D. Cal.

1   Dec. 9, 2009); *quoting Heritage Oaks Partners v. First American Title Ins. Co.*,

2   155 Cal. App. 4th 339, 345 (2007) (emphasis added).

3          As established by these facts, and for purposes of the diversity jurisdiction

4   analysis, Clear Recon should be ignored as a nominal defendant against which no

5   affirmative relief can be sought.

6          **(b)    Clear Recon Is A Fraudulently Joined Defendant.**

7          Another exception to the requirement of complete diversity is where a non-

8   diverse defendant has been fraudulently joined. *Rieger v. Wells Fargo Bank*, 2013

9   U.S. Dist. LEXIS 58232, at *7 (N.D. Cal. 2013); *Morris v. Princess Cruises*, 236

10   F.3d 1061, 1067-68 (9th Cir. 2001) ("one exception to the requirement of complete

11   diversity is where a non-diverse defendant has been 'fraudulently joined'").

12   "[F]raudulently joined defendants will not defeat removal on diversity grounds."

13   *Ritchey v. Upjohn Drug Co.*, 139 F.3d 1313, 1318 (9th Cir. 1998).

14          Fraudulent joinder is conclusive where it is demonstrated that "there is no

15   possibility that the plaintiff will be able to establish a cause of action in state court

16   against the alleged sham defendant." *Good v. Prudential Ins. Co. of Am.*, 5 F.

17   Supp. 2d 804, 807 (N.D. Cal. 1998).  When testing the applicability of federal

18   diversity jurisdiction, the Court is not limited to the four corners of the plaintiff's

19   pleading.  *West America Corp. v. Vaughan-Bassett Furniture Co., Inc.*, 765 F.2d

20   932, 936 (9th Cir. 1985).  A removing defendant may submit facts showing that the

21   resident defendant has "no real connection with the controversy." *Ritchey*, 139

22   F.3d at 1318; *quoting Wilson v. Republic Iron & Steel*, 257 U.S. 92, 97-99 (1921).

23          In the context of this action, the facts alleged do not give rise to an

24   actionable claim against Clear Recon. There are no allegations of wrongdoing

25   against Clear Recon.  As noted above, Clear Recon simply replaced the original

26   trustee Golden West as the foreclosure trustee.  In other words, the only allegations

27   that can be made against Clear Recon relate to its ministerial role in recording

28   these foreclosure documents, which is privileged conduct under the Civil Code.

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1    Specifically, actions relating to recordation of foreclosure notices fall within

2    California's qualified common-interest privilege. Civ. Code § 2924(d)

3    (incorporating Cal. Civ. Code § 47(c).)  This qualified privilege bars any tort claim

4    arising out of the statutorily-required mailing, publication, and delivery of notices

5    in a non-judicial foreclosure, and the performance of statutory non-judicial

6    foreclosure procedures, absent a showing of malice.  *Kachlon v. Markowitz*, 168

7    Cal. App. 4th 316, 339 (2008).  There are no allegations showing that Clear Recon

8    acted with malice. The Complaint is devoid of any allegation tethering Clear

9    Recon to any alleged wrongdoing. The only allegations involving Clear Recon

10   relate to its recordation of foreclosure notices as the foreclosure trustee of record.

11   Numerous district courts have found California foreclosure trustees to be

12   fraudulently joined in materially similar cases, thereby affirming the presence of

13   diversity jurisdiction.  *See i.e. Marquez v. Wells Fargo Bank, N.A.*, 2013 U.S. Dist.

14   LEXIS 131364, *3-5 (N.D. Cal. Sept. 13, 2013) ("As for Cal Western, Wells Fargo

15   alleges that it is a nominal party (as trustee under the deed of trust), and that it was

16   fraudulently joined by plaintiffs in an attempt to defeat diversity." The Court

17   ignored non-diverse trustee and denied motion to remand after finding that Wells

18   Fargo is a citizen of South Dakota); *Sherman v. Wells Fargo Bank, N.A.*, 2011 U.S.

19   Dist. LEXIS 51641, *7 (E.D. Cal. May 12, 2011) ("In light of a trustee's limited

20   contractual duties under state law and the trustee's limited involvement as alleged

21   in the complaint, the court finds that Cal-Western was fraudulently joined for

22   diversity purposes."); *Moreno v. Wells Fargo*, 2011 U.S. Dist. LEXIS 146195, *23

23   (N.D. Cal. Dec. 20, 2011) ("the Court finds that Cal-Western was fraudulently

24   joined").  The facts in the present case compel the same result.

25        **iv.    <u>Summary of Diversity of Citizenship</u>**

26   As these facts establish, complete diversity of citizenship exists under 28

27   U.S.C. § 1332(a) in that plaintiff is a California citizen and the only named

28   defendant, Wells Fargo, is a citizen of South Dakota.

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**B.**     **The Amount In Controversy Exceeds $75,000.**

Generally, "[t]he amount in controversy is determined from the allegations or prayer of the complaint." Judge William W. Schwarzer, California Practice Guide: *Fed. Civ. Proc. Before Trial*, ¶ 2:450 (The Rutter Group)(citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938), which held that an inability to recover an amount adequate to give the court jurisdiction does not oust the court of jurisdiction).  Here, plaintiff seeks damages well in excess of $75,000.

"'In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation.' 'If the primary purpose of a lawsuit is to enjoin a bank from selling or transferring property, then the property is the object of the litigation.'" *Reyes v. Wells Fargo Bank, N.A.*, No. C-10-01667, 2010 U.S. Dist. LEXIS 113821, at **12–13 (N.D. Cal. June 29, 2010).  Even where the property at issue has already been sold in foreclosure by the defendant, the property is still the object of the litigation. *See Delgado v. Bank of Am. Corp.*, 2009 U.S. Dist. LEXIS 114220, at * 17 (E.D. Cal. Nov. 23, 2009).  Moreover, where a complaint seeks to invalidate a loan secured by a deed of trust, the amount in controversy is the loan amount. *Nguyen v. Wells Fargo Bank, N.A.*, No. C-10-4081, 2010 U.S. Dist. LEXIS 113246, at * *15–16 (N.D. Cal. Oct. 25, 2010) (citing *Cabriales v. Aurora Loan*, No. C 10-161, 2010 U.S. Dist. LEXIS 24726, at ** 9–10 (N.D. Cal. Mar. 2, 2010) and *Craver v. National City Bank*, No. CIV S-09-1276, 2009 U.S. Dist. LEXIS 98333, at *3 (E.D. Cal. Oct. 22, 2009)).  In *Nguyen,* plaintiff sought to quiet title by cancelling the deed of trust and note on the property and sought rescission of the $712,000 loan. *Nguyen*, 2010 U.S. Dist. LEXIS at *16.

Here, plaintiff seeks ". . . that the court will stay the foreclosure activity, compelling DEFENDANTS to correct procedural errors pursuant to California Civil Procedure 2924 et seq. for cancellation of recorded NOD and NTS instruments, an injunction restraining WELLS FARGO BANK, N.A., CLEAR

Anglin Flewelling Rasmussen Campbell & Trytten llp

1  RECON CORP and DOES 1-10, its agents, employees, officers and representatives

2  from taking any further action to move forward with foreclosure proceedings with

3  regard to the premises located at 558 E HYDE PARK, INGLEWOOD CA 90302, .

4  . .” (Compl. Prayer for Relief *Id.*, p. 9. ll. 15-20). But the complaint was obviously

5  prepared before the November 2017 foreclosure sale took place. That foreclosure

6  sales price was $760,000, which represented the outstanding debt at that time. *See*

7  Exh. H. Accordingly, Plaintiff's relief would involve unwinding that sale rather

8  than preventing it. Plaintiff therefore places that entire sale at issue, far exceeding

9  the $75,000.00 amount-in-controversy threshold.  See also Exh. G [Deed of Trust]

10  ($515,000.) Plaintiff also disputes Wells Fargo's interest in or ability to enforce the

11  loan, thereby putting at issue the entire value of the loan and lien. Compl. ¶¶ 31-36.

12      Moreover, the complaint alleges violation of the Homeowners Bill of Rights,

13  which authorizes an award of "the greater of treble actual damages of statutory

14  damages of fifty thousand dollars ($50,000)" for conduct that was "intentional or

15  reckless, or [which] resulted from willful misconduct by" the lender. Civil Code §

16  2424.12(b). The complaint seems to allege at least two violations of HBOR,

17  thereby exposing Wells Fargo to arguable (by Plaintiff) losses of at least $100,000

18  on the HBOR claim(s).

19  **III.   TIMELINESS**

20      This Notice is timely, pursuant to 28 U.S.C. § 1446(b), because Wells Fargo

21  was purportedly served on February 12, 2018.  Wells Fargo has not appeared in the

22  State Court Action.  *Destfino v. Reiswig, et al.,* 630 F.3d 952, 956 (9th Cir. Cal.

23  2011) ("we hold that each defendant is entitled to thirty days to exercise his

24  removal rights after being served").

25      Counsel for nominal party Clear Recon has indicated to Wells Fargo's

26  counsel that Clear Recon has not been served as of the date of removal. Consent of

27  unserved defendants (or doe defendants) is not required to perfect removal of the

28  State Court Action. *Salveson v. Western States Bankcard Ass'n*, 730 F.2d 1423,

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1   1429 (9th Cir. 1984). Even if Clear Recon had been served, Wells Fargo would not

2   have been required to obtain its consent because it is a nominal defendant. *Emrich*

3   *v. Touche Ross & Co.*, 846 F.2d 1190, 1193 (9th Cir. 1988) (general requirement

4   of consent does not apply to "nominal, unknown or fraudulently joined parties").

5   As no doe defendants have been identified or served at this time, no joinder

6   of unserved defendants is required to perfect removal of the State Court Action.

7   *Salveson v. Western States Bankcard Ass'n*, 730 F.2d 1423, 1429 (9th Cir. 1984).

8   ## IV.   **OTHER PERTINENT INFORMATION**

9   A.   Pursuant to 28 U.S.C. § 1446(a), Wells Fargo files this Notice in the

10  District Court of the United States for the district and division within which the

11  State Court Action is pending.  As such, this case is being removed to the United

12  States District Court for the Central District of California, because the State Court

13  Action is pending in Los Angeles County.

14  B.   Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice with its

15  attachments will promptly be served on plaintiff in the State Court Action, and

16  notice thereof will be filed with the clerk of the Los Angeles County Superior

17  Court.

18  WHEREFORE, Wells Fargo hereby removes Los Angeles County Superior

19  Court Case No. YC072509 to the United States District Court for the Central

20  District of California.

21                                    Respectfully submitted,

22  Dated:  March 13, 2018            ANGLIN, FLEWELLING, RASMUSSEN,
23                                       CAMPBELL & TRYTTEN LLP

24                                    By:        */s/ Viddell L. Heard*
25                                       Viddell Lee Heard
                                         vheard@afrct.com
26                                       Attorneys for Defendant
                                         WELLS FARGO BANK, N.A.,
27                                       successor by merger with Wells Fargo Bank
                                         Southwest, N.A., f/k/a Wachovia Mortgage,
28                                       FSB, f/k/a World Savings Bank, FSB

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

EXHIBIT A

1  IVERY WALTERS
2  558 E HYDE PARK
   INGLEWOOD CA 90302
3  In Pro Per

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 05 2017

Sherri R. Carter, Executive Officer/Clerk
By H. Rodgers, Deputy

4

5

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                       COUNTY OF LOS ANGELES

9                        TORRANCE COURTHOUSE

10

11 IVERY WALTERS,                    ) Case No.:   **Y C 0 7 2 5 0 9**
                                     )
12           Plaintiff,              ) COMPLAINT FOR:
                                     )
13      vs.                          ) VIOLATION OF Cal BILL OF RIGHTS. OF
                                     ) DUAL TRACKING
   WELLS FARGO BANK, N.A., )          ) CHALLENGE OF THE FORECLOSURE
                                     ) CANCELLATION OF INSTRUMENTS
        and DOES 1-10                ) NEGLIGENCE
                                     ) INJUNCTIVE RELIEF
16           Defendant(s)            ) DECLARATORY RELIEF

17

18   1.   Plaintiff IVERY WALTERS brings this action and complaint due to "WRONGFUL

19        FORECLOSURE" regarding WELLS FARGO BANK, N.A., CLEAR RECON CORP, and

20        DOES 1-10. Jurisdiction is proper in that the property is located in Los Angeles County and

21        this case involves an amount at issue greater than Twenty-five thousand dollars.

22

23   ┌─────────────────────────────┐   Dated this 1st day of DEC 2017
     │  CASE ASSIGNED FOR          │
24   │  ALL PURPOSES TO            │
     │  ROBERT B. BROADBELT III    │
25   │  Judge_____  │
     │  Dept.__B___ Div._____  │        _____
26   └─────────────────────────────┘           IVERY WALTERS

27

28

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE,

CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCIVE RELIEF and DECLARATORY RELIEF - 1

2. During the past decade, Washington Mutual Bank (WaMu) and Wells Fargo Bank N.A. (Wells Fargo) abandoned traditional underwriting practices and contributed to a frenzy of real estate speculation by issuing predatory loans that ultimately lowered property values in the United States by 30-60%. Kerry Killinger, CEO of Washington Mutual, took home more than $100 million during the seven years he steered WaMu into bankruptcy. In March 2011, the FDIC filed a sixty-page complaint against Killinger and Stephen Rotella, a former WaMU COO, alleging gross negligence, breach of fiduciary duty, and fraudulent conveyance. FDIC v. Kerry Killinger, Stephen Rotella, et. al., Case No. 2:11-cv-00459 USDC (WD WA Mar. 16, 2011).

3. WaMu issued millions of predatory loans between 2001 and 2008 with the knowledge that borrowers, including Plaintiff, would default and lose their homes. WaMu filled in fictitious figures on Plaintiff's loan application so that it would meet underwriting standards and WaMu could earn fees when it sold the loan to investors and then acted as servicer without any risk of loss when the borrower defaulted. Such blatant, systematic, and inexcusable acts of fraud constituted a criminal enterprise. As a direct, foreseeable result of WaMu's illegal behavior, over a million families will lose their homes if the courts do not intervene and permit the borrowers to conduct discovery in order to determine who owns their loans.

4. Plaintiff IVERY WALTERS is facing illegal foreclosure of her home at a Trustee's Sale, currently scheduled for November 28, 2017.

5. Plaintiff ("Plaintiff" or "Plaintiff") is a resident of Los Angeles County, California.

6. Plaintiff is informed and believes and based thereon alleges that Defendant WELLS FARGO BANK N.A. (hereinafter, "Wells Fargo Bank" or the "Trustee"), is a national banking association organized under the laws of the United States and is a wholly-owned subsidiary of Wells Fargo. Plaintiff alleges that Clear Recon Corp is the named Trustee.

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCTIVE RELIEF and DECLARATORY RELIEF - 2

7.  Plaintiff is informed and believes and based theron alleges that Defendant Wells Fargo Bank, N.A., is also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A. Formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB.

8.  Plaintiff is informed and believes and based thereon alleges that Defendant WELLS FARGO BANK, N.A, is a South Dakota corporation (hereinafter, "Wells Fargo") with its principal place of business in California. Based upon information and belief, Plaintiff alleges that Wells Fargo is the Master Servicer, Trust Administrator and a Custodian of the Trust. Additionally, based upon information and belief, Wells Fargo was the originator of the mortgage loan in this case.

9.  Plaintiff is informed and believes and based thereon alleges that WELLS FARGO HOME MORTGAGE is a division of Wells Fargo (hereinafter, "Home Mortgage"). Based upon information and belief, Home Mortgage was formerly a separate corporate entity known as Wells Fargo Home Mortgage, Inc., but in or around May 2004, it merged with Wells Fargo and became a division of Wells Fargo. Thus, Wells Fargo and Home Mortgage are one and the same and Wells Fargo is liable for any and all of Home Mortgage's conduct alleged herein.

10. Plaintiff is informed and believes and based thereon alleges that Clear Recon Corp ("Clear Recon") is a California Corporation in the business of conducting non-judicial foreclosures in California.

11. The defendants herein named as "all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title or any cloud on plaintiff's title thereto" are hereinafter sometimes referred to as "Does 1-10" and the "unknown defendants" and are unknown to Plaintiff. These unknown defendants and each of them claim or appear to claim some right, title, estate, lien, or interest in the PROPERTY, adverse to Plaintiff's title. Their claims, and each of them, constitute a cloud on Plaintiff's title to the property.

12. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names and all

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCTIVE RELIEF and DECLARATORY RELIEF - 3

persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

13. Defendants sued herein as DOES 1 through 10 are contractually, strictly, negligently, intentionally, vicariously liable and or otherwise legally responsible in some manner for each and every act, omission, obligation, event or happening set forth in this Complaint, and that each of said fictitiously named Defendants is indebted to Plaintiff as hereinafter alleged.

14. The use of the term "Defendants" in any of the allegations in this Complaint, unless specifically otherwise set forth, is intended to include and charge both jointly and severely, not only named Defendants, but all Defendants designated as well.

15. Plaintiff is informed and believe and thereon alleges that, at all times mentioned herein, Defendants were agents, servants, employees, alter egos, superiors, successors in interest, joint venturers and/ or co-conspirators of each of their co-defendants and in doing the things herein after mentioned, or acting within the course and scope of their authority of such agents, servants, employees, alter egos, superiors, successors in interest, joint venturers and/ or coconspirators with the permission and consent of their co-defendants and, consequently, each Defendant named herein, and those Defendants named herein as DOES 1 through 10, inclusive, are jointly and severally liable to Plaintiff for the damages and harm sustained as a result of their wrongful conduct.

### PARTIES AND JURISDICTION

16. Plaintiff IVERY WALTERS is the owner of the single-family residence located at 558 E HYDE PARK, INGLEWOOD CA 90302, APN 4014-023-005 ("PROPERTY"). She acquired it by a Grant Deed recorded on March 30, 2007. The legal description is:

---

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCTIVE RELIEF and DECLARATORY RELIEF - 4

17. The northerly 88 feet of Lot 47 of Tract No. 4350, in the City of Inglewood, County of Los Angeles, State of California, as per map recorded in Book 47, Page 33 of Maps, in the office of the County recorder of said county.

18. Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") a South Dakota corporation licensed to do business in California, claims to be a note holder, beneficiary, or servicer for investment trusts of a Note secured by the PROPERTY.

19. Defendants Does 1-50, inclusive, are sued under fictitious names. When their true names and capacities are known, Plaintiff will amend this Complaint and insert their names and capacities.

20. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants legally responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to and proximately thereby caused the injuries and damages to

21. plaintiff as hereinafter alleged, or claims some right, title, estate, lien, or interest in the residence adverse to Plaintiff's title and their claims constitute a cloud on Plaintiff's title to the property, or participated in unlawful or fraudulent acts that resulted in injury to Plaintiff's person or property. Upon information and belief, Does 1-30 claim to have become successors in interest to the Subject Mortgage by virtue of Plaintiff's loan having been made a part of a securitization process wherein certain residential mortgages and the promissory notes based thereon were securitized by aggregating a large number of promissory notes into a mortgage loan pool, then selling security interests in that pool of mortgages to investors by way of items called "Secondary Vehicles".

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCIVE RELIEF and DECLARATORY RELIEF - 5

## GENERAL ALLEGATIONS

22. On March 30, 2007 World Savings Bank recorded a Deed of Trust (INSTRUMENT #20070751983) at the Los Angeles County Recorder's Office for property located at 558 E HYDE PARK, INGLEWOOD CA 90302 within this judicial district.

23. On September 15, 2016, DEFENDANTS executed a Notice of Default and declared that Defendant WELLS FARGO BANK, NA had contacted the borrower pursuant to California Civil Code § 2923.55(b)(2).

24. On September 15, 2016, Defendants WELLS FARGO BANK, N.A. and CLEAR RECON CORP ("DEFENDANTS"), executed a Notice of Rescission of Notice of Default.

25. On September 20, 2016 at 8:00 a.m., DEFENDANTS recorded a Notice of Rescission of Notice of Default [INSTRUMENT #20161138680].

26. On September 20, 2016 at 8:00 a.m., DEFENDANTS recorded a Notice of Default (NOD) and declared that Defendant WELLS FARGO BANK, NA had contacted the borrower pursuant to California Civil Code § 2923.55(b)(2) [INSTRUMENT #20161138681].

27. On January 4, 2017 DEFENDANTS executed a Notice of Trustee Sale (NTS) which named IVERY WALTERS.

28. On January 9, 2017 DEFENDANTS recorded a Notice of Trustee Sale (NTS) that an auction of the PROPERTY would be held on February 8, 2017, and named IVERY WALTERS.

## JURY TRIAL DEMAND

29. Plaintiff demands a jury trial on all issues.

## CLAIM FOR RELIEF

30. Plaintiff brings this action against WELLS FARGO BANK, N.A. ("Wells Fargo") and Does 1 through 50 for attempting to sell Plaintiff's PROPERTY at a trustee's sale and deprive Plaintiff of her residence without a lawful claim to the Property. Plaintiff seeks to clear her title of Wells Fargo's claim.

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCIVE RELIEF and DECLARATORY RELIEF - 6

02/12/2018 1:31:26 PM -0600 WELLS FARGO 8008693557                    PAGE    OF

2018-02-09 11:34                     Wells Fargo 3102587848 >>                       P 8/18

## BACKGROUND FACTS

31. Plaintiff is the owner of the PROPERTY under the terms of a Grant Deed executed by Ivery Walters, a Widow in favor of IVERY WALTERS, an Unmarried Woman, dated March 30, 2007.

32. To finance her purchase of the PROPERTY, Plaintiff submitted a loan application to Washington Mutual Bank ("WaMu") on or about February 18, 2007. Plaintiff's Uniform Residential Loan Application, was furnished to her by WaMu with instructions to leave virtually all of the items blank.

33. Plaintiff purportedly signed an Adjustable Rate Note (hereinafter "Note") and a Deed of Trust on March 30, 2007, at Chicago Title Company. She was not given an opportunity to review the documents, other than to quickly initial or sign some pages. After she signed, a Chicago Title Company employee informed Plaintiff that WaMu would forward the final documents to her. Plaintiff did not receive any documents from Chicago Title or WaMu.

34. Plaintiff is named as Borrower on the Note and on the Deed of Trust dated March 30, 2007 ("DOT"). Washington Mutual Bank, FA is identified on the DOT as "Lender" as well as "the beneficiary under this security agreement "Chicago Title Company is named as Trustee.

35. Plaintiff is informed and believes that between March 30 and April 1, 2007, WaMu transferred Plaintiff's Note to Washington Mutual Mortgage Securities Corporation. The Note was then sold to an investment trust and became a part of, or was subject to, a Loan Pool, a Pooling and Servicing Agreement, a Collateralized Debt Obligation, a Mortgage-Backed Security, a Mortgage Pass-Through Certificate, a Credit Default Swap, an Investment Trust, and/or a Special Purpose Vehicle. Thereafter, WaMu acted solely as a servicer of the loan, and was neither Lender nor Beneficiary after April 2007.

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCTIVE RELIEF and DECLARATORY RELIEF - 7

36. WELLS FARGO claims to be the note holder, lender, beneficiary, and servicer for investment trusts of the Subject Mortgage. WELLS FARGO has not recorded its claim of ownership of the purported mortgage.

37. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 17.

38. On or about May 22, 2016, WELLS FARGO Home Finance mailed to Plaintiff a Notice of Collection Activity, stating that Plaintiff had not made his monthly payments since December 2015. It stated, "You may cure this default within thirty (30) days from date of letter" (sic) and "your home loan may be eligible for a loan modification program."

39. Within 30 days, Plaintiff faxed a letter to WELLS FARGO requesting the bank's assistance to rectify the account. It stated, in part, "Please provide me with the alternatives at this time regarding this loan."

40. WELLS FARGO did not respond to my timely request for assistance.

41. California Civil Code § 2923.5 (a) states: (1) A mortgagee, trustee, beneficiary, or authorized agent may not file a notice of default pursuant to Section 2924 until 30 days after contact is made as required by paragraph (2) or 30 days after satisfying the due diligence requirements as described in subdivision (g). (2) A mortgagee, beneficiary, or authorized agent shall contact the borrower in person or by telephone in order to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure. During the initial contact, the mortgagee, beneficiary, or authorized agent shall advise the borrower that he or she has the right to request a subsequent meeting and, if requested, the mortgagee, beneficiary, or authorized agent shall schedule the meeting to occur within 14 days. The

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCIVE RELIEF and DECLARATORY RELIEF - 8

42. assessment of the borrower's financial situation and discussion of options may occur during

the first contact, or at the subsequent meeting scheduled for that purpose. In either case, the

borrower shall be provided the toll-free telephone number made available by the United

States Department of Housing and Urban Development (HUD) to find a HUD-certified

housing counseling agency. Any meeting may occur telephonically.

43. WELLS FARGO did  contact Plaintiff  by telephone Aa well by fax to apply for a
loan mood and was told to send the following documents in HAMP PACKET, PROF OF
INCOME, A HARDSHIP LETTER ETC WHICH WAS COMPLETE IN A TIMELY
MANNER  YET  SALE WAS HELD WITH OUT REVIEW

Plaintiff's financial condition and the impending foreclosure.  WELLS FARGO did not call,

it did not write, and it did not provide a toll-free HUD number to Plaintiff.  WELLS FARGO

did not offer to meet with Plaintiff and did not advise Plaintiff she had a right to request a

subsequent meeting within 14 days.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the court will stay the foreclosure activity, compelling
DEFENDANTS to correct procedural errors pursuant to California Civil Procedure 2924 et sec, for
cancellation of recorded NOD and NTS instruments, an injunction restraining WELLS FARGO BANK,
N.A., CLEAR RECON CORP and DOES 1-10, its agents, employees, officers and representatives from
taking any further action to move forward with foreclosure proceedings with regard to the premises
located at 558 E HYDE PARK, INGLEWOOD CA  90302 and for such other and further relief as the
Court may deem just and proper.

Dated this 1 st day of DEC 2017

IVERY WALTERS

02/12/2018 1:31:26 PM -0600 WELLS FARGO 8008693557          P 11/18
2018-02-09 11:35                    Wells Fargo 3102587848 >>

VERIFICATION

I, IVERY WALTERS, am the Plaintiff in the above titled matter. I am over the age of 18 and if called as a witness would be competent to testify to the facts contained in this declaration. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

I have provided an original signature and I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of DEC 2017

IVERY WALTERS

COMPLAINT FOR VIOLATION OF Cal Civ Code § 2923.5, CHALLENGE OF PENDING FORECLOSURE, CANCELLATION OF INSTRUMENTS, NEGLIGENCE, INJUNCIVE RELIEF and DECLARATORY RELIEF - 10

02/09/2018  1:38PM (GMT-06:00)
Notice of Removal
Exhibit A, Page 21

EXHIBIT B

| SHORT TITLE: ivery walters vs wellsfargo bank na  And Does 1-10 | CASE NUMBER Y C072509 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases — unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 1 of 4

| SHORT TITLE: | WALTERS v WELLS FARGO BANK, NA; ~~SPECIAL~~ DOES 1-10 | CASE NUMBER |
| --- | --- | --- |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons – See Step 3<br>Above |
| --- | --- | --- | --- |
| Non-Personal Injury/ Property Damage/ Wrongful Death Tort | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| Contract | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 . |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| Real Property | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels___ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☒ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| Unlawful Detainer | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| SHORT TITLE: | WALTERS v WELLS FARGO BANK, NA; ~~TODD~~; DOES 1-10 | CASE NUMBER | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| **Miscellaneous Civil Petitions** | Other Petitions (Not<br>Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

LACIV 109 (Rev 2/16)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

| SHORT TITLE: WALTERS v WELLS FARGO BANK, N.A., ~~DOES 1-10~~ | CASE NUMBER |
|---|---|

**Step 4:** **Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: | ADDRESS: |
|---|---|
| ☐1. ☑2. ☐3. ☐4. ☐5. ☑6. ☐7. ☐8. ☑9. ☐10. ☐11. | 556 E HYDE PARK |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| INGLEWOOD | CA | 90302 |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ~~Van Nuys Courthouse East~~ *Torrance* District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 10/19/2017

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

02/09/2018  1:38PM (GMT-06:00)

02/12/2018 1:31:26 PM −0600 WELLS FARGO 8008693557
2018-02-09 11:37

Wells Fargo 3102587848 >>

PAGE 18   OF 20

P 16/18

CM-010

**ATTORNEY OR PARTY WITHOUT AN ATTORNEY** *(Name, State Bar number, and address):*
IVERY WALTERS
558 E HYDE PARK
INGLEWOOD CA 90302

TELEPHONE NO.:                    FAX NO.:
ATTORNEY FOR *(Name):* IN PRO PER

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 825 MAPLE AVE
MAILING ADDRESS: 825 MAPLE AVE
CITY AND ZIP CODE: TORRANCE 90503
BRANCH NAME: TORRANCE COURTHOUSE

**FOR COURT USE ONLY**

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 05 2017

Sherri R. Carter, Executive Officer/Clerk
By H. Rodgers, Deputy

CASE NAME:
IVERY WALTERS v WELLS FARGO BANK and DOES 1-10

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: YC072509 |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: ROBERT B. BROADBELT III  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[✓] Wrongful eviction (33)
[✓] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation** *(Cal. Rules of Court, rules 3.400–3.403)*
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [✓] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

4. Number of causes of action *(specify):* WRONGFUL FORECLOSURE, DAMAGES & INJUNCTIVE RELIEF

5. This case [ ] is [✓] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: DEC 1 2017

Ivery Walters
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

02/12/2018 1:31:26 PM -0600 WELLS FARGO 8008693557          PAGE 19   OF 20
2018-02-09 11:37            Wells Fargo 3102587848 >>                  P 17/18

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time for service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

02/12/2018 1:31:26 PM -0600 WELLS FARGO 8008693557   PAGE 20   OF 20
2018-02-09 11:38   Wells Fargo 3102587848 >>   P 18/18

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 05 2017

Sherri R. Carter, Executive Officer/Clerk

By H. Rodgers, Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WELLS FARGO BANK, N.A.; ~~AND~~, DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

IVERY WALTERS

---

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* TORRANCE COURTHOUSE<br><br>825 MAPLE AVE, TORRANCE CA  90503 | CASE NUMBER:<br>*(Número del Caso):* **072509** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
IVERY WALTERS, 558 E HYDE PARK, INGLEWOOD CA  90302

| | | | |
|---|---|---|---|
| DATE: DEC 05 2017<br>*(Fecha)* | | Clerk, by _____, Deputy<br>*(Secretario)*  *(Adjunto)* | |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT C

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL                District of   CALIFORINA
                                    (State)

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

```
FILED
AUG 21 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:  ____  Deputy Clerk
```

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy      12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name **IVERY** <br> Middle name <br> Last name **WALTERS** <br> Suffix (Sr., Jr., II, III) | First name <br> Middle name <br> Last name <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First name <br> Middle name <br> Last name <br><br> First name <br> Middle name <br> Last name | First name <br> Middle name <br> Last name <br><br> First name <br> Middle name <br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1  2  5  6 <br> OR <br> 9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9 xx – xx – ___ ___ ___ ___ |

Case 2:17-bk-20256-BR  Doc 1  Filed 08/21/17  Entered 08/21/17 15:13:19  Desc
Main Document  Page 2 of 9

| Debtor 1 | IVERY | WALTERS | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

_____
Business name

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|

558   E HYDE PARK
Number   Street

Number   Street

INGLEWOOD        CA   90302
City        State   ZIP Code

City        State   ZIP Code

LOS ANGELES
County

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number        Street

Number        Street

P.O. Box

P.O. Box

City        State   ZIP Code

City        State   ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

_____
_____
_____
_____

Notice of Removal
Exhibit C, Page 30

Debtor 1   IVERY                    WALTERS                              Case number (if known)_____
       First Name   Middle Name   Last Name

### Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes.   District  CALIFORINA   When _____ Case number _____
                                          MM / DD / YYYY

        District _____ When _____ Case number _____
                                            MM / DD / YYYY

        District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.   Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known _____
                                            MM / DD / YYYY

        Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known _____
                                            MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☐ No. Go to line 12.

        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 3

| Debtor 1 | IVERY | | WALTERS | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number      Street

_____

_____
City                          State      ZIP Code

---

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 4

| Debtor 1 | IVERY | | WALTERS | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Official Form 101      Voluntary Petition for Individuals Filing for Bankruptcy      page 5

| Debtor 1 | IVERY | WALTERS | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

---

**Part 6:   Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Ivery Walters_____   X _____
Signature of Debtor 1           Signature of Debtor 2

Executed on _8-21-17_          Executed on _____
            MM / DD  /YYYY                    MM / DD  /YYYY

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 6

Case 2:17-bk-20256-BR   Doc 1   Filed 08/21/17   Entered 08/21/17 15:13:19   Desc
Main Document   Page 7 of 9

| Debtor 1 | IVERY | WALTERS | Case number (if known) _____ |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person _____
Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _Ivery Walters_ | ✗ _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  8-27-17 | Date _____ |
|       8-21-17   MM/DD/YYYY | MM / DD /YYYY |
| Contact phone _____ | Contact phone _____ |
| Cell phone _____ | Cell phone _____ |
| Email address _____ | Email address _____ |

Case 2:17-bk-20256-BR   Doc 1   Filed 08/21/17   Entered 08/21/17 15:13:19   Desc
Main Document      Page 8 of 9

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| IVERY WALTERS<br>558 E HYDE PARK<br>INGLEWOOD CA 90302<br><br><br><br>☒ *Debtor(s) appearing without attorney*<br>☐ *Attorney for Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | |
|---|---|
| In re:<br>IVERY WALTERS | CASE NO.:<br>CHAPTER: 7 |
| <br><br><br><br><br><br>Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 8-21-17

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                              F 1007-1.MAILING.LIST.VERIFICATION

Notice of Removal
Exhibit C, Page 36

## MAILING MATRIX

**IVERY WALTERS**
**558 E HYDE PARK**
**INGLEWOOD CA 90302**

**CLEAR RECON CORP**
**4375 JUTLAND DRIVE SUITE 200**
**SAN DIEGO CA 92117**

**WELLS FARGO**
**C/O CLEAR RECON CORP**
**SAN DIEGO CA 92117**

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District of California** | |
| In re:<br>Ivery Walters | CHAPTER NO.:  7 |
| | CASE NO.: 2:17–bk–20256 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:
**Schd A/B(Form106A/B or 206A/B)**
**Schedule C (Form 106C)**
**Schedule D (Form 106D or 206D)**
**Schd E/F(Form106E/F or 206E/F)**
**Schedule G (Form 106G or 206G)**
**Summary(Form 106Sum or 206Sum)**
**Schedule H (Form 106H or 206H)**
**Means Calculation(Form 122A–2)**
**Schedule I (Form 106I)**
**Schedule J (Form 106J)**
**Decl Re Sched (Form 106Dec)**
**StmtFinAffairs(Form107 or 207)**
**Statement (Form 122A–1)**
**Means Exempt.(Form 122A–1Supp)**

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: August 21, 2017

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco – Rev 12/2015)

**1 / KSC**

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Ivery Walters | CHAPTER NO.: 7 |
| | CASE NO.: 2:17–bk–20256 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

Chapter 7      Original only

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>August 21, 2017</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn – Rev 12/2015)

**1 / KSC**

EXHIBIT D



**Office of Thrift Supervision**            *Nicholas J. Dyer*
Department of the Treasury            *Assistant Regional Director*

Pacific Plaza, 2001 Junipero Serra Boulevard, Suite 650, Daly City, CA 94014-1976
P.O. Box 7165, San Francisco, CA 94120-7165 • Telephone: (650) 746-7025 • Fax: (650) 746-7001

November 19, 2007

John A. Stoker, Esq.
Vice President and Assistant General Counsel
Wachovia Corporation
Legal Division – NCO630
One Wachovia Center
301 South Charlotte Street
Charlotte, NC 28288

Re: World Savings Bank, FSB, Oakland, California
Notice of Amendment of Charter and Bylaws

Dear Mr. Stoker:

This is in response to your letter, dated November 8, 2007, with enclosures, which you filed with the Office of Thrift Supervision (OTS) on behalf of World Savings Bank, FSB to amend the savings bank's charter and bylaws to change its name to Wachovia Mortgage, FSB and reflect a change in the location of its home office. The new home office address is 6825 Aliante Parkway, North Las Vegas, Nevada.

The institution met the requirements of 12 C.F.R. §§ 552.4(b) and 552.5(b)(2), and the proposed amendments will be effective December 31, 2007, as set forth in the Board of Directors' resolution adopting the changes to the charter and bylaws. The filing also met the requirement of 12 C.F.R. § 545.91(b) that the savings bank notify the OTS if there is a change in the permanent address of its home office.

Please feel free to contact me at (650) 746-7025 if there are any questions.

Sincerely,

*Nicholas J. Dyer*

Nicholas J. Dyer
Assistant Regional Director

cc: Robert Burns, FDIC - Atlanta

Notice of Removal
Exhibit D, Page 40

EXHIBIT E



Comptroller of the Currency
Administrator of National Banks

Large Bank Licensing

November 1, 2009

Mr. James E. Hanson
Vice President
Wells Fargo Bank, National Association
90 South Seventh Street
Minneapolis, MN 55479

Re:    Application to convert Wachovia Mortgage, FSB, North Las Vegas, Nevada to a national
       bank and application to merge the converted bank with and into Wells Fargo Bank,
       National Association, Sioux Falls, South Dakota
       Application Control Numbers:  2009-ML-01-0007 and 2009-ML-02-0010

Dear Mr. Hanson:

This letter is the official certification of the Comptroller of the Currency (OCC) of the
conversion of Wachovia Mortgage FSB, North Las Vegas, Nevada to a national bank with the
name Wells Fargo Bank Southwest, National Association, effective November 1, 2009.  This is
also the official certification to merge Wells Fargo Bank Southwest, National Association with
and into Wells Fargo Bank, National Association, Sioux Falls, South Dakota, effective
November 1, 2009.

If you have questions regarding this letter, please contact me at (202) 874-5294 or by email at:
Stephen.Lybarger@occ.treas.gov .  Please reference the application control number or numbers
in any correspondence.

Sincerely,

Stephen A. Lybarger
Large Bank Licensing Lead Expert

EXHIBIT F



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

## CERTIFIED ARTICLES OF ASSOCIATION

I, John Walsh, Acting Comptroller of the Currency, do hereby certify that the document hereto attached is a true and correct copy, as recorded in the Office of the Comptroller of the Currency, of the currently effective Articles of Association for "Wells Fargo Bank, National Association," Sioux Falls, South Dakota (Charter No. 1).

IN TESTIMONY WHEREOF, today, March 27, 2012, I have hereunto subscribed my name and caused my seal of office to be affixed to these presents at the U.S. Department of the Treasury, in the City of Washington, District of Columbia.



_John Walsh_

Acting Comptroller of the Currency

## ARTICLES OF ASSOCIATION
## OF
## WELLS FARGO BANK, NATIONAL ASSOCIATION

### ARTICLE I - NAME

The title of this Association shall be Wells Fargo Bank, National Association. The Association may also use the abbreviation Wells Fargo Bank, N.A.

### ARTICLE II - OFFICES

1. Main Office. The main office of this Association shall be in the City of Sioux Falls, County of Minnehaha, State of South Dakota. The Board of Directors shall have the power to change the location of the main office to any other place within the limits of the City of Sioux Falls, without the approval of the shareholders but subject to the approval of the Comptroller of the Currency.

2. Branch Offices. The Board of Directors shall have the power to establish or change the location of any branch or branches of this Association to any other location, without the approval of the shareholders but subject to the approval of the Comptroller of the Currency.

3. Conduct of Business. The general business of the Association shall be conducted at its main office and its branches.

### ARTICLE III - BOARD OF DIRECTORS

1. Number. The Board of Directors of this Association shall consist of not less than five nor more than twenty-five persons, the exact number to be fixed and determined from time to time by resolution of a majority of the full Board of Directors or by resolution of the shareholders at any annual or special meeting thereof.

2. Qualification. Each director, during the full term of his or her directorship, shall own a minimum of $1,000 par value of stock of this Association or an equivalent interest, as determined by the Comptroller of the Currency, in any company which has control over this Association within the meaning of Section 2 of the Bank Holding Company Act of 1956.

3. Vacancy. The Board of Directors, by the vote of a majority of the full Board, may, between annual meetings of shareholders, fill vacancies created by the death, incapacity or resignation of any director and by the vote of a majority of the full Board may also, between annual meetings of shareholders, increase the membership of the Board by not more than four members and by like vote appoint qualified persons to fill the vacancies created thereby; provided, however, that at no time shall there be more than twenty-five directors of this Association; and provided further, however, that not more than two members may be added to the Board of Directors in the event that the total number of directors last elected by shareholders was fifteen or less.

4. <u>Appointment of Officers</u>. The Board of Directors shall appoint one of its members President of this Association, who shall act as Chairman of the Board, unless the Board appoints another director to act as Chairman. In the event the Board of Directors shall appoint a President and a Chairman, the Board shall designate which person shall act as the chief executive officer of this Association. The Board of Directors shall have the power to appoint one or more Vice Presidents and to appoint a Cashier and such other officers and employees as may be required to transact the business of this Association.

5. <u>Powers</u>. The Board of Directors shall have the power to define the duties of the officers and employees of this Association; to fix the salaries to be paid to them; to dismiss them; to require bonds from them and to fix the penalty thereof; to regulate the manner in which the increase of the capital of this Association shall be made; to manage and administer the business and affairs of this Association; to make all Bylaws that it may be lawful for them to make; and generally to do and perform all acts that it may be legal for a Board of Directors to do and perform.

## ARTICLE IV - MEETINGS OF SHAREHOLDERS

1. <u>Annual Meeting</u>. The annual meeting of the shareholders for the election of directors and the transaction of whatever other business may be brought before said meeting shall be held at the main office, or such other place as the Board of Directors may designate, on the day of each year specified therefor in the Bylaws, but if no election is held on that day, it may be held on any subsequent day according to the provisions of law; and all elections shall be held according to such lawful regulations as may be prescribed by the Board of Directors.

2. <u>Special Meetings</u>. The Board of Directors, the Chairman, the President, or any one or more shareholders owning, in the aggregate, not less than 25 percent of the stock of this Association, may call a special meeting of shareholders at any time.

3. <u>Notice of Meetings</u>. Unless otherwise provided by the laws of the United States, a notice of the time, place, and purpose of every annual and special meeting of the shareholders shall be given by first-class mail, postage prepaid, mailed at least ten days prior to the date of such meeting to each shareholder of record at his or her address as shown upon the books of this Association.

4 <u>Written Consents</u>. Any action required or permitted to be taken at an annual or special meeting of the shareholders of the Association may be taken without prior written notice and without any meeting if such action is taken by written action, containing a waiver of notice, signed by all of the shareholders entitled to vote on that action.

## ARTICLE V - CAPITAL

1. <u>Capitalization</u>. The amount of authorized capital stock of this Association shall be $1,122,000,000, divided into 112,200,000 shares of common stock of the par value of Ten Dollars ($10.00) each; but said capital stock may be increased or decreased from time to time, in accordance with the provisions of the laws of the United States.

- 2 -

2. <u>Voting Rights</u>. Each holder of common stock of the Association shall be entitled to vote on all matters, one vote for each share of common stock held by such holder.  No holder of shares of the capital stock of any class of this Association shall have any pre-emptive or preferential right of subscription to any shares of any class of stock of this Association, whether now or hereafter authorized, or to any obligations convertible into stock of this Association, issued or sold, nor any right of subscription to any thereof other than such, if any, as the Board of Directors, in its discretion, may from time to time determine and at such price as the Board of Directors may from time to time fix.

3. <u>Debt Obligations</u>.  The Association, at any time and from time to time, may authorize and issue debt obligations, whether or nor subordinated, without the approval of the shareholders.

### ARTICLE VI - PERPETUAL EXISTENCE

The corporate existence of this Association shall continue until terminated in accordance with the laws of the United States.

### ARTICLE VII - INDEMNIFICATION

To the extent permitted by 12 CFR 7.2014 and consistent with the requirements of 12 USC 1828(k) and the implementing regulations thereunder:

(a) <u>Elimination of Certain Liability of Directors</u>.  A director of the Association shall not be personally liable to the Association or its shareholders for monetary damages for breach of fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the Association or its shareholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the Delaware General Corporation Law, or (iv) for any transaction from which the director derived an improper personal benefit.

(b)(1) <u>Right to Indemnification</u>.  Each person who was or is made a party or is threatened to be made a party to or is involved in any action, suit or proceeding, whether civil, criminal, administrative or investigative (hereinafter a "proceeding"), by reason of the fact that he or she, or a person of whom he or she is the legal representative, is or was a director or officer of the Association or is or was serving at the request of the Association as a director, officer, employee or agent of another corporation or of a partnership, joint venture, trust or other enterprise, including service with respect to employee benefit plans, whether the basis of such proceeding is alleged action or inaction in an official capacity as a director, officer, employee, or agent or in any other capacity while serving as a director, officer, employee or agent, shall be indemnified and held harmless by the Association to the fullest extent authorized by the Delaware General Corporation Law, as the same exists or may hereafter be amended (but, in the case of any such amendment, only to the extent that such amendment permits the Association to provide broader indemnification rights than said law permitted the Association to provide prior to such amendment), against all expense, liability and loss (including attorneys' fees, judgments, fines, ERISA excise taxes or penalties and amounts paid or to be paid in settlement) reasonably incurred or suffered by such person in connection therewith and such indemnification shall

- 3 -

continue as to a person who has ceased to be a director, officer, employee or agent and shall inure to the benefit of his or her heirs, executors and administrators; provided, however, that the Association shall indemnify any such person seeking indemnification in connection with a proceeding (or part thereof) initiated by such person only if such proceeding (or part thereof) was authorized by the Board of Directors of the Association. The right to indemnification conferred in this paragraph (b) shall be a contract right and shall include the right to be paid by the Association the expenses incurred in defending any such proceeding in advance of its final disposition; provided, however, that, if the Delaware General Corporation Law requires, the payment of such expenses incurred by a director of officer in his or her capacity as a director or officer (and not in any other capacity in which service was or is rendered by such person while a director or officer, including, without limitation, service to an employee benefit plan) in advance of the final disposition of a proceeding, shall be made only upon delivery to the Association of an undertaking, by or on behalf of such director or officer, to repay all amounts so advanced if it shall ultimately be determined that such director of officer is not entitled to be indemnified under this paragraph (b) or otherwise. The Association may, by action of its Board of Directors, provide indemnification to employees and agents of the Association with the same scope and effect as the foregoing indemnification of directors and officers.

(2) Non-Exclusivity of Rights. The right to indemnification and the payment of expenses incurred in defending a proceeding in advance of its final disposition conferred in this paragraph (b) shall not be exclusive of any other right which any person may have or hereafter acquire under any statute, provision of the Articles of Association, by-law, agreement, vote of shareholders or disinterested directors or otherwise.

(3) Insurance. The Association may maintain insurance, at its expense, to protect itself and any director, officer, employee or agent of the Association or another corporation, partnership, joint venture, trust or other enterprise against any such expense, liability or loss, whether or not the Association would have the power to indemnify such person against such expense, liability or loss under the Delaware General Corporation Law.

## ARTICLE VIII - AMENDMENT

These Articles of Association may be amended at any regular or special meeting of the shareholders by the affirmative vote of the holders of a majority of the stock of this Association, unless the vote of the holders of a greater amount of stock is required by law, and in that case by the vote of holders of such greater amount.

S:\RUEDP01\ARTICLES\WFB Articles (CURRENT).doc

- 4 -

FDIC: Your Bank at a Glance                                           Page 1 of 1

Back to Search Bank Find

Your Bank at a Glance

**Wells Fargo Bank, National Association** (FDIC Cert: 3511) **is FDIC Insured.**

**Wells Fargo Bank, National Association** has been FDIC insured since **January 1, 1934**.
It was established on **January 1, 1870.**
Its main office (headquarters) is located at:
  **101 N. Phillips Avenue**
  **Sioux Falls, South Dakota 57104**
  **County of Minnehaha**

**Wells Fargo Bank, National Association** has 6603 Domestic Branches (Offices) located in 41 state(s) and 37 Foreign Offices. (Check Branches (Offices) by state.)

Wells Fargo Bank, National Association's reported (or primary) website: http://www.wellsfargo.com:80/

**Wells Fargo Bank, National Association** is chartered as a National Bank. Therefore the primary regulator is the **Office of the Comptr Currency (OCC)**. For **consumer assistance** regarding an issue with this institution, please contact the OCC directly using http://www.helpwithmybank.gov/.

Calculate your FDIC insurance coverage at Wells Fargo Bank, National Association using FDIC EDIE at www.fdic.go
Last financial information available about Wells Fargo Bank, National Association.
Historical profile of Wells Fargo Bank, National Association.

For additional information please click on one of the following:
  1. For more information on Federal Deposit Insurance, Your Insured Deposits or Insured or Not Insured
  2. View the industry's overall picture - Statistics at a Glance
     (This will open a new window.)
  3. Current Financial data about your bank - Institution Directory – Two years Financial Report
     (This will open a new window.)
  4. Examine your bank's financial data - CALL/TFR Financial Information *6/30/2010 Latest Available*
  5. Study branching and deposit market share - Summary of Deposits/Market Share
  6. Analyze and compare individual institutions and create custom reports - Institution Directory – Compare
  7. Review industry using 8 predefined reports - Statistics on Depository Institutions
  8. Identify the latest performance trends in your state - Quarterly Banking Profile State Tables
     (This will open a new window.)
  9. Analyze institutions and custom peer groups - Statistics on Depository Institutions
  10. View branch office deposit information - Summary of Deposits
  11. Community Reinvestment Act (CRA) Performance Ratings - CRA Performance Ratings
  12. FDIC's Disclaimer - FDIC's Disclaimer

                                                        Questions, Suggestions & Requests

Home | Contact Us | Search | Help | SiteMap | Forms

Freedom of Information Act (FOIA) Service Center | Website Policies | USA.gov | FDIC Office of Inspector General

FDIC Open Government Webpage | No FEAR Act Data

Notice of Removal
Exhibit F, Page 47

EXHIBIT G

 **This page is part of your document - DO NOT DISCARD** 



**20070751983**  Pages: 018

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**03/30/07 AT 08:00AM**

| | |
|---|---|
| Fee: | 73.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Total: | 73.00 |

**TitleCompany**

**TITLE(S) :**





**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.     **Number of AIN's Shown**

- -

    E156422    **THIS FORM IS NOT TO BE DUPLICATED** 

RECORDING REQUESTED BY
FIRST AMERICAN TITLE

RECORDING REQUESTED BY:
WORLD SAVINGS BANK

03/30/07

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**20070751983**

WHEN RECORDED MAIL TO:
WORLD SAVINGS BANK
FINAL DOCUMENTATION
CLOSING DEPARTMENT
P.O. BOX 659548
SAN ANTONIO, TX 78265-9548

LOAN NUMBER: 0045128907

NOTE AMOUNT: $515,000.00

3209525c

**FOR RECORDER'S USE ONLY**

## DEED OF TRUST

THIS IS A FIRST DEED OF TRUST WHICH SECURES A NOTE WHICH CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY PAYMENT AMOUNT AND PRINCIPAL BALANCE (INCLUDING FUTURE ADVANCES AND DEFERRED INTEREST). AT LENDER'S OPTION THE SECURED NOTE MAY BE RENEWED OR RENEGOTIATED.

THE MAXIMUM AGGREGATE PRINCIPAL BALANCE SECURED BY THIS DEED OF TRUST IS $643,750.00 WHICH IS 125% OF THE ORIGINAL PRINCIPAL NOTE AMOUNT.

I.     DEFINITIONS OF WORDS USED IN THIS DEED OF TRUST
    (A)   Security Instrument. This Deed of Trust, which is dated **March 23, 2007,** will be called the "Security Instrument "

    (B)   Borrower.  IVERY WALTERS, AN UNMARRIED MAN  sometimes will be called "Borrower" and sometimes simply "I" or "me "

    (C)   Lender. WORLD SAVINGS BANK, FSB,  ITS SUCCESSORS AND/OR ASSIGNEES, will be called "Lender." Lender is a FEDERAL SAVINGS BANK, which is organized and exists under the laws of the United States  Lender's address is  1901 Harrison Street, Oakland, CA 94612

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
0   0   3

SD001A (2004-03-3)
DEFERRED INTEREST

Page 1

CA

LENDER'S USE ONLY

0045128907

**(D) Note.** The note signed by Borrower and having the same date as this Security Instrument, including all extensions, renewals, substitutions and modifications thereof, will be called the "Note." The Note shows that I owe Lender the original principal amount of U.S. **$515,000.00**, plus accrued and deferred interest and such other amounts as stated in the Note. I have promised to pay this debt in regularly scheduled periodic payments as provided in the Note and to pay the debt in full by **April 1, 2037** ("Maturity Date")

**(E) Property.** The property that is described below in Section III entitled "Description of the Property" will be called the "Property."

**(F) Sums Secured.** The amounts described below in Section II entitled "Borrower's Transfer of Rights in the Property" sometimes will be called the "Sums Secured."

**(G) Person.** Any person, organization, governmental authority or other party will be called "Person "

**(H) Trustor, Beneficiary, Trustee.** Borrower is the "Trustor," Lender is the "Beneficiary" and **Golden West Savings Association Service Co., A California Corporation** is the "Trustee "

## II.     BORROWER'S TRANSFER OF RIGHTS IN THE PROPERTY

I irrevocably grant and convey the Property to the Trustee, in trust for Lender, with a power of sale subject to the terms of this Security Instrument. This means that, by signing this Security Instrument, I am giving Lender and Trustee those rights that are stated in this Security Instrument and also those rights that the law gives to lenders who are beneficiaries of a deed of trust and to trustees of a deed of trust  I am giving Lender and Trustee these rights to protect Lender from possible losses that might result if I fail to

(i)     pay all amounts owed to Lender under the Note and all other notes secured by this Security Instrument, called the "Secured Notes," including future advances made by Lender and any changes to the Secured Notes made with the written consent of Lender;

(ii)    pay, with interest, any amounts that Lender spends under Paragraphs 2 and 7 below to protect the value of the Property and Lender's rights in the Property; and

(iii)   keep all of my other promises and agreements under this Security Instrument, the Secured Notes and any changes to the Secured Notes made with the written consent of Lender

## III.     DESCRIPTION OF THE PROPERTY

I give Trustee rights in the Property described below.

(i)     The Property which is located at **558 E HYDE PARK BLVD, INGLEWOOD, CA  90302-6503** The legal description of the Property is attached as Exhibit "A" which is made a part of this Security Instrument  This Property is called the "Described Property "

(ii)    All buildings and other improvements that are located on the Described Property,

SD001B (2004-03-3)
DEFERRED INTEREST                    Page 2                              CA

0045128907

(iii)   All rights in other property that I have as owner of the Described Property  These rights are known as easements, rights and appurtenances attached to the Property,

(iv)   All rents or royalties and other income from the Described Property;

(v)   All mineral, oil and gas rights and profits, water rights and stock that are part of the Described Property,

(vi)   All rights that I have in the land which lies in the streets or roads in front of, behind or next to, the Described Property,

(vii)   All fixtures that are now or in the future will be on the Described Property or on the property described in subsection (ii) of this Section;

(viii)   All of the rights and property described in subsections (ii) through (vii) of this Section that I acquire in the future,

(ix)   All replacements of or additions to the property described in subsections (ii) through (viii) of this Section, and

(x)   All of the amounts that I pay to Lender under Paragraph 2 below

**IV.   BORROWER'S RIGHT TO GRANT A SECURITY INTEREST IN THE PROPERTY AND BORROWER'S OBLIGATION TO DEFEND OWNERSHIP OF THE PROPERTY**

I promise that: (i) I lawfully own the Property; (ii) I have the right to grant and convey the Property to Trustee, and (iii) there are no outstanding claims, charges, liens or encumbrances against the Property, except for those which are of public record.

I give a general warranty of title to Lender. This means that I will be fully responsible for any losses which Lender suffers because someone other than myself and the Trustee has some of the rights in the Property which I promise that I have. I promise that I will defend my ownership of the Property against any claims of such rights.

**COVENANTS**

I promise and I agree with Lender as follows:

**1.   BORROWER'S PROMISE TO PAY**

I will pay to Lender, on time, all principal and interest due under the Secured Notes and any prepayment and late charges due under the Secured Notes

**2.   PAYMENTS FOR TAXES AND INSURANCE**

   **(A)   Borrower's Obligations**

I will pay all amounts necessary to pay taxes and hazard insurance premiums on the Property as well as assessments, leasehold payments, ground rents or mortgage insurance premiums (if any)

SD001C (2004-03-3)

CA

Page 3

0045128907

**(B)    Escrow Accounts**

Subject to applicable law, no escrow shall be required except upon written demand by Lender, in which case, I shall pay to Lender on the day payments are due under the Note, until the Note is paid in full, a sum ("Funds") for (a) yearly taxes, penalties and assessments which may attain priority over this Security Instrument as a lien on the Property, (b) yearly leasehold payments or ground rents on the Property, if any, (c) yearly hazard or property insurance premiums, (d) yearly flood insurance premiums, if any, and (e) yearly mortgage insurance premiums, if any  These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for an escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U S C  § 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount  If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank  Lender shall apply the Funds to pay the Escrow Items  Lender may not charge me for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays me interest on the Funds and/or applicable law permits Lender to make such a charge  However, Lender may require me to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay me any interest or earnings on the Funds  Lender shall give to me, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made  The Funds are pledged as additional security for all sums secured by this Security Instrument

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to me for the excess Funds in accordance with the requirements of applicable law  If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify me in writing, and, in such case I shall pay to Lender the amount necessary to make up the deficiency or shortage  I shall make up the deficiency or shortage in accordance with the requirements of the Lender, at its sole discretion, in the manner and times prescribed by RESPA

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to me any Funds held by Lender. If, under Paragraph 28, Lender shall acquire or sell the Property, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument

Notice of Removal
Exhibit G, Page 52

0045128907

### 3.   APPLICATION OF BORROWER'S PAYMENTS

Unless applicable law requires otherwise, Lender will apply each of my payments under the Secured Notes and under Paragraphs 1 and 2 above in the following order and for the following purposes·

First, to pay prepayment charges due under the Secured Notes,

Second, to pay any advances due to Lender under this Security Instrument,

Third, to pay the amounts due to Lender under Paragraph 2 above;

Fourth, to pay interest due under the Secured Notes;

Fifth, to pay deferred interest due under the Secured Notes,

Sixth, to pay principal due under the Secured Notes;

Last, to pay late charges due under the Secured Notes

### 4.   BORROWER'S OBLIGATION TO PAY CHARGES, ASSESSMENTS AND CLAIMS

I will pay all taxes, assessments and any other charges and fines that may be imposed on the Property and that may be superior to this Security Instrument

I will also make payments due under my lease if I am a tenant on the Property and I will pay ground rents (if any) due on the Property. I will pay these amounts either by making the payments to Lender that are described in Paragraph 2 above or by making the payments on time to the Person owed them.

Any claim, demand or charge that is made against property because an obligation has not been fulfilled is known as a **lien.** I will promptly pay or satisfy all liens against the Property that may be superior to this Security Instrument  However, this Security Instrument does not require me to satisfy a superior lien if (A) I agree, in writing, to pay the obligation which gave rise to the superior lien and Lender approves in writing the way in which I agree to pay that obligation, or (B) in good faith, I argue or defend against the superior lien in a lawsuit so that, during the lawsuit, the superior lien may not be enforced and no part of the Property must be given up; or (C) I secure from the holder of that other lien an agreement, approved in writing by Lender, that the lien of this Security Instrument is superior to the lien held by that Person  If Lender determines that any part of the Property is subject to a superior lien, Lender may give to me a notice identifying the superior lien. I will pay or satisfy the superior lien or take one or more of the actions set forth above within 10 days of the giving of notice

### 5.   BORROWER'S OBLIGATION TO MAINTAIN INSURANCE

At my sole cost and expense, I will obtain and maintain hazard insurance to cover all buildings and other improvements that now are or in the future will be located on the Property  The insurance must cover loss or damage caused by fire, hazards normally covered by "extended coverage" hazard insurance policies and other hazards for which Lender requires coverage. The insurance must be in the amounts and for the periods of time required by Lender. I may choose the insurance company but my choice is subject to Lender's approval. Lender may not refuse to approve my choice unless the refusal is reasonable. All of these insurance policies and renewals of the policies must include what is known as a **Standard Mortgagee Clause** to protect Lender. The form of all policies and renewals must be acceptable to Lender. Lender will have the right to hold the policies and renewals. If Lender requires, I will promptly give Lender all receipts of paid premiums and renewal notices that I receive.

SD001E (2004-03-3)

CA

07 0751983

0045128907

If I obtain earthquake insurance, any other hazard insurance, credit life and/or disability insurance, or any other insurance on or relating to the Property or the Secured Notes and which are not specifically required by Lender, I will name Lender as loss payee of any proceeds

If there is a loss or damage to the Property, I will promptly notify the proper insurance company and Lender If I do not promptly prove to the insurance company that the loss or damage occurred, then Lender may do so.

The amount paid by the insurance company is called "Proceeds." Any Proceeds received will be applied first to reimburse Lender for costs and expenses incurred in connection with obtaining the Proceeds, and then, at Lender's option and in the order and proportion as Lender may determine in its sole and absolute discretion, regardless of any impairment or lack of impairment of security, as follows. (A) to the extent allowed by applicable law, to the Sums Secured in a manner that Lender determines and/or (B) to the payment of costs and expenses of necessary repairs or to the restoration of the Property to a condition satisfactory to Lender, such application to be made in the manner and at the times as determined by Lender

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender or the insurance company stating that the insurance company has offered to settle a claim, Lender may collect the Proceeds. I will notify Lender immediately of any offer to settle a claim I receive from the insurance company. I will immediately deliver any Proceeds I receive from any insurer or other persons to Lender. Lender may use the Proceeds to repair or restore the Property or to pay the Sums Secured. The 30-day period will begin when the notice is given.

If any Proceeds are used to reduce the amount of the outstanding balance of the Sums Secured, that use will not delay the due date or change the amount of any of my regularly scheduled payments under the Secured Notes and under Paragraphs 1 and 2 above However, Lender and I may agree in writing to delays or changes.

If Lender acquires the Property under Paragraph 28 below, all of my rights in the insurance policies will belong to Lender Also, all of my rights in any Proceeds which are paid because of damage that occurred before the Property is acquired by Lender or sold will belong to Lender. However, Lender's rights in those Proceeds will not be greater than the total amount of the Sums Secured immediately before the Property is acquired by Lender or sold.

If I am required by Lender to pay premiums for mortgage insurance, I will pay the premiums until the requirement for mortgage insurance ends according to my written agreement with Lender or according to law

6.   **BORROWER'S OBLIGATION TO MAINTAIN THE PROPERTY AND TO FULFILL ANY LEASE OBLIGATIONS**

I will keep the Property in good repair including, but not limited to, keeping the Property free from debris, mold, termites, dry rot and other damaging pests and infestations I will not destroy or substantially change the Property and I will not allow the Property to deteriorate. I will keep and maintain the Property in compliance with any state or federal health and safety laws, and hazardous materials and hazardous waste laws I will not use, generate, manufacture or store any hazardous materials or hazardous waste on, under or about the Property I will indemnify, defend and hold harmless Lender and its employees, officers and directors and their successors from any claims, damages or costs for required or necessary repair or the removal of mold, termites, dry rot, other damaging pests and infestations and hazardous waste or any other hazardous materials claim. If I do not own but am a tenant on the Property, I will fulfill my obligations under my lease. I also agree that, if I acquire the fee title to the Property, my lease interest and the fee title will not merge unless Lender agrees to the merger in writing

SD001F (2004-03-3)

CA

07 0751983

0045128907

### 7. LENDER'S RIGHT TO PROTECT ITS RIGHTS IN THE PROPERTY

If. (A) I do not keep my promises and agreements made in this Security Instrument, or (B) someone, including me, begins a legal proceeding that may significantly affect Lender's rights in the Property (including but not limited to any manner of legal proceeding in bankruptcy, in probate, for condemnation or to enforce laws or regulations), then Lender may do and pay for whatever it deems reasonable or appropriate to protect the Lender's rights in the Property Lender's actions may include, without limitation, appearing in court, paying reasonable attorneys' fees, purchasing insurance required under Paragraph 5, above (such insurance may cost more and provide less coverage than the insurance I might purchase), and entering on the Property to make repairs. Lender must give me notice before Lender may take any of these actions Although Lender may take action under this Paragraph 7, Lender does not have to do so  Any action taken by Lender under this Paragraph 7, will not release me from my obligations under this Security Instrument

I will pay to Lender any amounts which Lender advances under this Paragraph 7 with interest, at the interest rate in effect under the Secured Notes  I will pay those amounts to Lender when Lender sends me a notice requesting that I do so  Interest on each amount will begin to accrue on the date that the amount is advanced by Lender. However, Lender and I may agree in writing to terms that are different from those in this Paragraph 7. This Security Instrument will protect Lender in case I do not keep this promise to pay those amounts with interest

### 8. LENDER'S RIGHT TO INSPECT THE PROPERTY

Lender, and others authorized by Lender, may enter upon and inspect the Property  They must do so in a reasonable manner and at reasonable times. Before or at the time an inspection is made, Lender must give me notice stating a reasonable purpose for the inspection

### 9. AGREEMENTS ABOUT GOVERNMENTAL TAKING OF THE PROPERTY

I assign to Lender all my rights. (A) to proceeds of all awards or claims for damages resulting from condemnation, eminent domain or other governmental taking of all or any part of the Property, and (B) to proceeds from a sale of all or any part of the Property that is made to avoid condemnation, eminent domain or other governmental taking of the Property  All of those proceeds will be paid to Lender  If I receive any such proceeds, I will immediately deliver them to Lender

If all of the Property is taken, the proceeds will be used to reduce the Sums Secured. If any of the proceeds remain after the Sums Secured have been paid in full, the remaining proceeds will be paid to me  Unless Lender and I agree otherwise in writing, if only a part of the Property is taken, Sums Secured will be reduced only by the amount of proceeds multiplied by the following fraction  (A) the total amount of the Sums Secured immediately before the taking, divided by (B) the fair market value of the Property immediately before the taking. The remainder of the proceeds will be paid to me.

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender stating that a governmental authority has offered to make a payment or to settle a claim for damages, Lender has the authority to collect the proceeds and settle the claim  Lender may then use the proceeds to reduce the Sums Secured  The 30-day period will begin when the notice is given

If any proceeds are used to reduce the amount of the outstanding principal of the Secured Notes, that use will not delay the due date or change the amount of any of my regularly scheduled payments under the Secured Notes and under Paragraphs 1 and 2 above  However, Lender and I may agree in writing to delays or changes

SD001G (2004-03-3)                                                                    CA

Page 7

0045128907

10.   **CONTINUATION OF BORROWER'S OBLIGATIONS AND OF LENDER'S RIGHTS**

(A)   **Borrower's Obligations**

Lender may allow a Person who takes over my rights and obligations subject to this Security Instrument to delay or to change the amount of the payments of principal and interest due under the Secured Notes or under this Security Instrument. Even if Lender does this, however, that Person and I will both still be fully obligated under the Secured Notes and under this Security Instrument.

Lender may allow those delays or changes for a Person who takes over my rights and obligations, even if Lender is requested not to do so. Lender will not be required to bring a lawsuit against such a Person for not fulfilling obligations under the Secured Notes or under this Security Instrument, even if Lender is requested to do so.

(B)   **Lender's Rights**

Even if Lender does not exercise or enforce any of its rights under this Security Instrument or under the law, Lender will still have all of those rights and may exercise and enforce them in the future. Even if Lender obtains insurance, pays taxes, or pays other claims, charges or liens against the Property, Lender will have the right under Paragraph 28 below to demand that I make immediate payment in full of the Sums Secured.

11.   **OBLIGATIONS OF BORROWER, CO-SIGNORS AND OF PERSONS TAKING OVER BORROWER'S RIGHTS OR OBLIGATIONS**

Except as provided below, if more than one Person signs this Security Instrument as Borrower, each of us is fully obligated to keep all of Borrower's promises and obligations contained in this Security Instrument. Lender may enforce Lender's rights under this Security Instrument against each of us individually or against all of us together. This means that any one of us may be required to pay all of the Sums Secured.

Any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signor"). (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signor's interest in the Property under the terms of this Security Instrument, (b) is not personally obligated to pay the sums secured by this Security Instrument, and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signor's consent.

Any Person who takes over my rights or obligations under this Security Instrument will have all of my rights and will be obligated to keep all of my promises and agreements made in this Security Instrument. Similarly, any Person who takes over Lender's rights or obligations under this Security Instrument will have all of Lender's rights and will be obligated to keep all of Lender's agreements made in this Security Instrument.

12.   **MAXIMUM LOAN CHARGES**

If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed permitted limits, then: (A) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limits and (B) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the outstanding principal balance of the Secured Notes or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge under the Secured Notes.

07 0751983

0045128907

### 13.   LEGISLATION AFFECTING LENDER'S RIGHTS

If a change in applicable law would make any provision of the Secured Notes or this Security Instrument unenforceable, Lender may require that I make immediate payment in full of all Sums Secured by this Security Instrument

### 14.   NOTICES REQUIRED UNDER THIS SECURITY INSTRUMENT

Any notice that must be given to me under this Security Instrument will be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method  The notice will be addressed to me at **558 E HYDE PARK BLVD, INGLEWOOD, CA  90302-6503**.  A notice will be given to me at an alternative address if I give Lender notice of my alternative address  I may give notice to Lender of my alternative address in writing or by calling Lender's customer service telephone number provided on my billing statement   I may designate only one mailing address at a time for notification purposes  Except as permitted above for changes of address, any notice that must be given to Lender under this Security Instrument will be given by mailing it by first class mail to Lender's address stated in Section I (C) above entitled, "Definitions of Words Used In This Deed of Trust," unless Lender gives me notice of a different address. Any notice required by this Security Instrument is given when it is mailed or when it is delivered according to the requirements of this Paragraph 14 or of applicable law

### 15.   GOVERNING LAW; SEVERABILITY

**This Security Instrument and the Secured Notes shall be governed by and construed under federal law and federal rules and regulations, including those for federally chartered savings institutions ("Federal Law") and, to the extent Federal Law does not apply, by the law of the jurisdiction in which the Property is located.** In the event that any of the terms or provisions of this Security Instrument or the Secured Notes are interpreted or construed by a court of competent jurisdiction to be void, invalid or unenforceable, such decision shall affect only those provisions so construed or interpreted and shall not affect the remaining provisions of this Security Instrument or the Secured Notes

### 16.   BORROWER'S COPY

I acknowledge the receipt of one conformed copy of the Secured Notes and of this Security Instrument.

### 17.   LENDER'S RIGHTS TO RENTAL PAYMENTS AND TO TAKE POSSESSION OF THE PROPERTY

If Lender requires immediate payment in full or if I abandon the Property, then Lender, Persons authorized by Lender, or a receiver appointed by a court at Lender's request may  (A) collect the rental payments, including overdue rental payments, directly from the tenants; (B) enter upon and take possession of the Property, (C) manage the Property; and (D) sign, cancel and change rental agreements and leases  If Lender notifies the tenants that Lender has the right to collect rental payments directly from them under this Paragraph 17, I agree that the tenants may make those rental payments to Lender without having to ask (i) Lender whether I have failed to keep my promises and agreements under this Security Instrument, or (ii) me for my permission to do so

If Lender acts to have the Property sold after a Breach of Duty as defined in Paragraph 28, I understand and agree that: (A) my right to occupy the Property ceases at the time the Property is sold; (B) I shall have no right to occupy the Property after such sale without the written consent of the new owner of the Property, and (C) my wrongful and unlawful possession of the Property may subject me to monetary damages, including the loss of reasonable rent and the cost of eviction  All rental payments collected by

SD001I (2004-03-3)

Page 9

CA

0045128907

Lender or by a receiver, other than the rent paid by me under this Paragraph 17, will be used first to pay the costs of collecting rental payments and managing the Property. If any part of the rental payments remains after those costs have been paid in full, the remaining part will be used to reduce the Sums Secured. The costs of managing the Property may include the receiver's fees, reasonable attorneys' fees and the costs of any necessary bonds.

**18.     INJURY TO PROPERTY; ASSIGNMENT OF RIGHTS**

An assignment is a transfer of rights to another. I may have rights to bring legal action against persons, other than Lender, for injury or damage to the Property or in connection with the loan made to me by Lender and which arose or will arise before or after the date of this Security Instrument. These rights to bring legal action may include but are not limited to an action for breach of contract, fraud, concealment of a material fact, or for intentional or negligent acts. I assign these rights, and any and all proceeds arising from these rights, as permitted by applicable law, to Lender. Lender may, at its option, enforce these rights in its own name and may apply any proceeds resulting from this assignment to the Sum Secured and this Security Instrument after deducting any expenses, including attorneys' fees, incurred in enforcing these rights. At the request of Lender, I will sign any further assignments or other documents that may be necessary to enforce this assignment. I will notify Lender immediately if I believe I have the right to bring any such legal action against any persons, and will notify Lender immediately if I assert any claim or demand against or commence any legal action against any such person. If I receive any proceeds from any persons besides Lender in connection with any such claim, demand or legal action, I will immediately deliver such proceeds to Lender.

**19.     CLERICAL ERRORS**

In the event Lender at any time discovers that this Security Instrument, the Secured Notes or any other document related to this loan, called collectively the "Loan Documents," contains an error which was caused by a clerical mistake, calculation error, computer error, printing error or similar error, I agree, upon notice from Lender, to execute such documentation as Lender deems necessary to correct any such error(s) and I also agree that I will not hold Lender responsible for any damage to me which may result from any such error.

**20.     LOST, STOLEN OR MUTILATED DOCUMENTS**

If any of the Loan Documents are lost, stolen, mutilated or destroyed and Lender delivers to me an indemnification in my favor, signed by Lender, then I will sign and deliver to Lender a Loan Document identical in form and content which will have the effect of the original for all purposes.

**21.     WAIVER OF STATUTE OF LIMITATIONS**

I will waive, within applicable law, the pleading of the statute of limitations as a defense to enforce this Security Instrument, including any obligations referred to in this Security Instrument or Secured Notes.

**22.     CAPTIONS**

The captions and headings at the beginning of each paragraph of this Security Instrument are for reference only and will not be used in the interpretation of any provision of this Security Instrument.

**23.     MODIFICATION**

This Security Instrument may be modified or amended only by an agreement in writing signed by Borrower and Lender.

**24.     CONDOMINIUM, COOPERATIVE AND PLANNED UNIT DEVELOPMENT OBLIGATIONS**

If the Property is a unit in a condominium, cooperative or planned unit development, each of which shall be called the "Project," and I have an interest in the common elements of the Project, then Lender and I agree that:

(A)     If an owners association or other entity, called "Owners Association," holds title to Property for the benefit or use of the Project and its members or shareholders, the Property also includes my interest in the Owners Association and the uses, proceeds and benefits of my interest.

SD001J (2004-03-3)                                                                CA

0045128907

**(B)**    The following are called the "Constituent Documents " (i) The declaration or any other document which created the Project, (ii) By-laws of the Owners Association, (iii) Code of regulations for the Project, (iv) Articles of incorporation, trust instrument or equivalent document which creates the Owners Association; (v) The Project's covenants, conditions and restrictions, (vi) Other equivalent documents

I shall perform all of my obligations under the Constituent Documents, including my obligation to pay, when due, all dues and assessments If I do not pay the dues and assessments when due, Lender may, at its option, pay them. I will pay to Lender any amounts which Lender advances under this Paragraph 24 according to the terms described in Paragraph 7 above

**(C)**    If the Owners Association maintains, with an insurance company reasonably acceptable to Lender, a **master** or **blanket** policy on the Project which is satisfactory to Lender and which provides insurance coverage on the terms, in the amounts, for the periods, and against the hazards Lender requires, including fire and hazards included within the term "extended coverage," and Lender is provided with evidence of such **master** or **blanket** policy, then: (i) Lender waives the provision in Paragraph 2(B) above for the payment to Lender of the estimated yearly premium installments for hazard insurance on the Property; and (ii) hazard insurance coverage on the Property as required by Paragraph 5 above is deemed to be satisfied to the extent that the required coverage is provided by the Owners Association policy I shall give Lender prompt notice of any lapse in the required hazard insurance coverage. I shall provide a copy of such **master** or **blanket** policy to Lender annually.

In the event of a distribution of any hazard insurance proceeds, including without limitation any earthquake or special hazards insurance whether or not such coverage was required by Lender, in lieu of restoration or repair following a loss to the Property, whether to the unit or to common elements, any proceeds payable to me are hereby assigned and shall be paid to Lender for application to the Sums Secured by this Security Instrument, with any excess paid to me. If I receive any such proceeds, I will immediately deliver them to Lender or otherwise apply them as set forth above

I shall take such actions as may be reasonable to insure that the Owners Association maintains a public liability insurance policy acceptable to Lender in form, amount and extent of coverage

**(D)**    I shall not, except after notice to Lender and with Lender's prior written consent, either partition or subdivide the Property or consent to (i) the abandonment or termination of the Project, except for abandonment or termination required by law in the case of substantial destruction by fire or other casualty or in the case of condemnation, eminent domain or other governmental taking, (ii) any amendment to any provision of Constituent Documents unless the provision is for the express benefit of Lender or of lenders generally; (iii) termination of professional management and assumption of self-management of the Owners Association; or (iv) any action which would have the effect of rendering the **master** or **blanket** hazard insurance policy and/or the public liability insurance coverage maintained by the Owners Association unacceptable to Lender

**25.    FUTURE ADVANCES**
At Borrower's request, Lender, at its option (but before release of this Security Instrument or the full reconveyance of the Property described in the Security Instrument) may lend future advances, with interest, to Borrower. Such future advances, with interest, will then be additional Sums Secured under this Security Instrument

SD001K (2004-03-3)

Page 11

CA

0045128907

**26.    AGREEMENTS ABOUT LENDER'S RIGHTS IF THE PROPERTY IS SOLD OR TRANSFERRED**

**Acceleration of Payment of Sums Secured.** Lender may, at its option, require immediate payment in full of all Sums Secured by this Security Instrument if all or any part of the Property, or if any right in the Property, is sold or transferred without Lender's prior written permission  Lender also may, at its option, require immediate payment in full if Borrower is not a natural Person and a beneficial interest in Borrower is sold or transferred without Lender's prior written permission. However, Lender shall not require immediate payment in full if this is prohibited by Federal Law in effect on the date of the Security Instrument.

If Lender exercises the option to require immediate payment in full, Lender will give me notice of acceleration  If I fail to pay all Sums Secured by this Security Instrument immediately, Lender may then or thereafter invoke any remedies permitted by this Security Instrument without further notice to or demand on me

**THIS SPACE INTENTIONALLY LEFT BLANK.**

**27.    SUBSTITUTION OF TRUSTEE**
I agree that Lender may at any time appoint a successor trustee and that Person shall become the Trustee under this Security Instrument as if originally named as Trustee.

SD001L (2004-03-3)    [L01 (2006-08-1)]                                    CA

Page 12

0045128907

**28.   RIGHTS OF THE LENDER IF THERE IS A BREACH OF DUTY**

It will be called a "Breach of Duty" if (i) I do not pay the full amount of each regularly scheduled payment on the date it is due; or (ii) I fail to perform any of my promises or agreements under the Note or this Security Instrument, or (iii) any statement made in my application for this loan was materially false or misleading or if any statement in my application for this loan was materially false or misleading by reason of my omission of certain facts, or (iv) I have made any other statement to Lender in connection with this loan that is materially false or misleading  If there is a Breach of Duty by me, Lender may demand an immediate payment of all sums secured

If there is a Breach of Duty by me, Lender may exercise the power of sale, take action to have the Property sold under applicable law, and invoke such other remedies as may be permitted under any applicable law.

Lender does not have to give me notice of a Breach of Duty. If Lender does not make a demand for full payment of the Sums Secured upon a Breach of Duty, Lender may make a demand for full payment of the Sums Secured upon any other Breach of Duty.

If there is a Breach of Duty, Lender may also take action to have a receiver appointed to collect rents from any tenants on the Property and to manage the Property  The action to appoint a receiver may be taken without prior notice to me and regardless of the value of the Property

The sale of the Property may be postponed by or at the direction of Lender. If the Property is sold, I agree that it may be sold in one parcel  I also agree that Lender may add to the amount that I owe to Lender all legal fees, costs, allowances, and disbursements incurred as a result of the action to sell the Property.

Lender will apply the proceeds from the sale of the Property in the following order. (A) to all fees, expenses and costs incurred in connection with the sale, including but not limited to trustees' and attorneys' fees, if any; (B) to all Sums Secured by this Security Instrument; and (C) any excess to the Person or Persons legally entitled to it.

**29.   RECONVEYANCE**

Upon payment of all Sums Secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all Secured Notes to Trustee  Trustee shall reconvey the Property without warranty to Borrower. Lender may charge Borrower a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (including the Trustee) for services rendered and the charging of the fee is permitted, whether expressly or by lack of express prohibition, under applicable law  If the fee charged does not exceed any maximum fee set by applicable law, the fee is conclusively presumed to be reasonable

**30.   STATEMENT OF OBLIGATION**

Lender may collect a fee of $60 00, or such greater maximum amount as may from time to time be allowed by law, for furnishing any statement of obligation with respect to this Security Instrument or the Secured Notes.

SD001M (2004-03-3)

Page 13

CA

0045128907

**31.    ( X )   QUICK QUALIFYING LOAN PROGRAM**

I have qualified for this loan by making statements of fact which were relied upon by Lender to approve the loan rapidly. This loan is called a "Quick Qualifying Loan." I have stated and I confirm that  (A) I do not have any other Quick Qualifying Loans with Lender; (B) I have agreed to not further encumber the Property and do not intend to further encumber the Property for at least six months after the date of the Secured Notes and this Security Instrument; and (C) If I am purchasing the Property, all of the terms of the purchase agreement submitted to Lender are true and the entire down payment is cash from my own funds

If any of the statements of fact that I have made are materially false or misleading, I will be in default under the Secured Notes and this Security Instrument. If I am in such default, Lender may, at its option, increase the interest rate.

**32.    ( X )   OWNER OCCUPANCY**

Lender has relied upon statements of fact which I have made to qualify for this loan. I have stated and confirm that: (A) the Property is my personal and primary residence, (B) I will occupy the Property not later than 30 days after this Security Instrument is recorded, and (C) I will use the Property as my residence for at least 12 months from the date this Security Instrument is recorded

If any of the statements of fact that I have made are materially false or misleading, I will be in default under the Secured Notes and this Security Instrument. If I am in such default, Lender may, at its option, increase the interest rate

**( X )   VALUE INDICATES THAT THE PARAGRAPH APPLIES.**

**THIS SPACE INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS.**

SD001N (2004-03-3)    [N01 (2006-08-1)]                              Page 14                                              CA

0045128907

**BY SIGNING BELOW,** I accept and agree to the promises and agreements contained in this Security Instrument and in any rider(s) signed by me and recorded in proper official records

**(PLEASE SIGN YOUR NAME EXACTLY AS IT APPEARS BELOW)**

**BORROWER(S):**

IVERY WALTERS                                    (Seal)



ATTACH INDIVIDUAL NOTARY ACKNOWLEDGEMENT

SD001 (2004-03-1)        [AF1 (2004-03-1)]              Page 15                        CA
                         [B01 (2004-03-1)]

07 0751983

## ALL PURPOSE ACKNOWLEDGMENT

State of California

County of *Los Angeles*

On *March 24, 2007* before me, *David Silvers*   **NOTARY PUBLIC**

personally appeared *IVERLY WAtters*

☐ personally known to me  -- OR --  ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

**DAVID SILVERS**
COMM #1672397
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires JUL 1, 2010

(PLACE NOTARY SEAL ABOVE)

NOTARY'S SIGNATURE

---

## OPTIONAL INFORMATION

**Capacity Claimed By Signer**

☐ Individual
☐ Corporate Officer

_____
Title

☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other

**Description Of Attached Document**

_____
Title or Type of Document

_____
Date of Document

_____
Number of Pages

07 0751983

EXHIBIT "A"

Order No:  3209525c
Reference No.: 0045128907/WALTERS/WT
Escrow Officer: Gay Gibson
Escrow Number: 3209525c

## DESCRIPTION

All that certain land situated in the State of California, County of **LOS ANGELES,** City of **INGLEWOOD,** described as follows:

**THE NORTHERLY 88 FEET OF LOT 47 OF TRACT NO. 4350, IN THE CITY OF INGLEWOOD, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 47 PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY**

APN No: **4014-023-005**

**WORLD SAVINGS BANK, FSB**

# EXHIBIT "A"
## LEGAL DESCRIPTION

**LOAN NO.  0045128907**

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF **LOS ANGELES** STATE
OF **CALIFORNIA**, DESCRIBED AS FOLLOWS:

**TAPE <u>ONLY</u> THE LEGAL DESCRIPTION TO THIS PAGE.**

07 0751983

Notice of Removal
Exhibit G, Page 66

EXHIBIT H

 

**This page is part of your document - DO NOT DISCARD**

# 20180064983





**Pages:
0003**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**01/22/18 AT 08:00AM**

|  |  |
|---|---|
| FEES: | 17.00 |
| TAXES: | 836.00 |
| OTHER: | 0.00 |
| PAID: | 853.00 |





**L E A D S H E E T**



201801220210003

00014798935



008857546

**SEQ:
01**

**SECURE - 8:00AM**





**THIS FORM IS NOT TO BE DUPLICATED**

169_2836075_

Fidelity National Title Company
Recording Requested By:

WHEN RECORDED MAIL TO:
**Mid-Cal Realty Inc., A California**
**Company**
**2015 Manhattan Beach Blvd, Suite 100**
**Redondo Beach, CA  90278**

TRA# 0004569
Trust No.  **028481-CA**
Parcel No. 4014-023-005
Property Address:
**558 E HYDE PARK BLVD** UNITS 1-4
**INGLEWOOD, CA 90302-6503**

Space Above This Line For Recorder

| MAIL TAX STATEMENT TO: | |
|---|---|
| | Documentary Transfer Tax **$836.00** |
| | The Grantee Herein **was not** the Foreclosing |
| Same as above | Beneficiary. |
| | consideration $760,000.00 |
| | unpaid debt  $931,513.25 |
| | XX Computed on the consideration or value of |
| | property conveyed. |
| | ____ Computed on the consideration of value less liens |
| | or encumbrances remaining at time of sale. |

The undersigned declare under penalty of perjury

Signature of Declarant of Agent
APN  **4014-023-005**

**Accommodation Only**

# TRUSTEE'S DEED UPON SALE

**CLEAR RECON CORP.** (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to **Mid-Cal Realty Inc., A California Company** (herein called Grantee) the real property in the county of **Los Angeles**, State of California described as follows:

**THE NORTHERLY 88 FEET OF LOT 47 OF TRACT NO. 4350, IN THE CITY OF INGLEWOOD, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 47 PAGE 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

The street address and other common designation, if any, of the real property described above is purported to be: **558 E HYDE PARK BLVD, INGLEWOOD, CA 90302-6503**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by

Page **1** of **2**
WFB

CRC TDUS 09042014

TS #: 028481-CA

**IVERY WALTERS, AN UNMARRIED MAN** as Trustor, recorded **3/30/2007, as Instrument No. 20070751983,** of official Records in the Office of the Recorded of **Los Angeles** County, California; and pursuant to the Notice of Default recorded **9/20/2016, as Instrument No. 20161138681,** of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **11/28/2017** to said Grantee, being the highest bidder therefore, for **$760,000.00** cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

Date:   NOV 29 2017          **CLEAR RECON CORP.**

By: _____

TAMMY LAIRD
FORECLOSURE MANAGER

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On  NOV 29 2017  before me,  M. Sandoval
a Notary Public, personally appeared  Tammy Laird  who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of  **CALIFORNIA**  that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

> M. SANDOVAL
> Notary Public - California
> San Diego County
> Commission # 2205565
> My Comm. Expires Jul 16, 2021

**MAIL TAX STATEMENTS TO THE ABOVE MENTIONED ADDRESS**

1

**CERTIFICATE OF SERVICE**

2

3    I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is 301 N. Lake Avenue, Suite 1100, Suite 1100, Pasadena, California  91101-4158.

4

5    On the date below I served the foregoing document entitled:

6

7    **DEFENDANT WELLS FARGO'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441(b) & 1332 [DIVERSITY OF CITIZENSHIP JURISDICTION]**

8

9    on the interested parties in said case as follows:

10

11    **Served By Means Other Than Via The Court's CM/ECF System:**

12    Plaintiff, Pro Se

13    Ivery Walters

14    558 E. Hyde Park Blvd.
      Inglewood, CA  90302

15

16

17    **[X]    BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

18

19

20

21

22    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on March 13, 2018.

23

24

25

26    _____Marianne Mantoen_____          _____/s/  Marianne Mantoen_____
      (Type or Print Name)                        (Signature of Declarant)

27

28